# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **HUNTER QUINN BRADEN,** **Defendant.** | CR 20-122-BLG-DLC **ORDER QUASHING SUMMONS, ISSUING WARRANT, AND VACATING ARRAIGNMENT** |

Upon motion of the United States (Doc. 5), and for good cause shown,

IT IS ORDERED that the summons issued in this case that requires the defendant to appear and answer to the indictment, on November 19, 2020, be QUASHED. The Clerk shall prepare and issue a warrant of arrest for the defendant.

IT IS FURTHER ORDERED that the arraignment currently scheduled on November 19, 2020, at 9:00 a.m., is **VACATED.**

DATED this 28th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1