# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-122-BLG-DLC** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **HUNTER QUINN BRADEN,** | |
| **Defendant.** | |

Upon Petition of Jeanne Torske, Assistant United States Attorney for the District of Montana (Doc. 12), and good cause appearing,

IT IS ORDERED that the Clerk of This Court issue a corrected Writ of Habeas Corpus (for prosecution) directing the Montana Department of Corrections (Attn: Pine Hills Correctional Facility Administrator, Steve Ray), and Rod Ostermiller, United States Marshal for the District of Montana, to produce **Hunter Quinn Braden, DOC # 3026284** before the Court at the James F. Battin U.S. Courthouse at Billings, Montana, at 2:00 p.m. on December 1, 2020, and **Hunter Quinn Braden** is to stay in Federal custody until the conclusion of all proceedings

1

in this case.

DATED this 30th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate