IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER QUINN BRADEN,<br><br>Defendant. | CR 20-122-BLG-DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 20.) The United States requests that this Court dismiss the criminal forfeiture proceeding in this case, as set forth in the Indictment (Doc. 1 at 2), on the basis that the subject property has been administratively forfeited. (Doc. 20 at 2.) Defendant Hunter Quinn Braden does not object. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the forfeiture proceeding in the above-captioned matter is DISMISSED with prejudice.

DATED the 4th day of December, 2020.

Dana L. Christensen, District Judge
United States District Court

1