IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER QUINN BRADEN,<br><br>Defendant. | CR 20-122-BLG-DLC<br><br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered his Findings and Recommendation in this matter on February 8, 2021.  (Doc. 31).  Neither party objected and therefore they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Mr. Braden's plea of guilty after Mr. Braden appeared before him pursuant to Rule 11 of the Federal Rules of

1

Criminal Procedure, and entered a guilty plea to one count of prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), as set forth in the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 31), and I adopt them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 31) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Braden's motion to change plea (Doc. 25) is GRANTED and Mr. Braden is adjudged guilty as charged in the sole count of the Indictment.

DATED the 23rd day of February, 2021.

Dana L. Christensen, District Judge
United States District Court